510 Pa. 531 (1986)
510 A.2d 351
Jeanne E. LITTLE
v.
YORK COUNTY EARNED INCOME BUREAU, Appellant.
Supreme Court of Pennsylvania.
Argued June 4, 1986.
Decided June 27, 1986.
Steven M. Carr, J. Ross McGinnis, York, for appellant.
Daniel W. Shoemaker, York, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

*532 ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted.